Modestus E. OKERE, Plaintiff–Appellant

v.

DALLAS INDEPENDENT SCHOOL DISTRICT, Defendant–Appellee.

No. 06–11405
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 8, 2007.

Modestus E. Okere, pro se.

Dawn Kahle Doherty, Vial, Hamilton, Koch & Knox, Dallas, TX, for Defendant–Appellee.

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

For the reasons stated by the district court below, we AFFIRM.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.